# United States Bankruptcy Court
## District of Nevada

Case No. <u>13–11692–bam</u>
**Chapter 7**

In re: (Name of Debtor)
    DENNIS R CARTER
    6901 E LAKE MEAD BLVD
    APT 2150
    LAS VEGAS, NV 89156

Social Security No.:
    xxx–xx–8148

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐    DENNIS R CARTER

IT IS ORDERED THAT VICTORIA NELSON is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 6/10/13                        BY THE COURT

*Mary A Schott* (signature)

Mary A. Schott
Clerk of the Bankruptcy Court